[No. 15926-4-III.    Division Three.    March 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FORDEAN PALMANTEER, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 96-1-00011-4, Jack Burchard, J., entered July 3, 1996. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 16621-0-III.    Division Three.    March 26, 1998.]

MARY REYNOLDS, ET AL., *Respondents*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-02107-0, Tari S. Eitzen, J., entered April 25, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ. Now published at 90 Wn. App. 880.

[No. 19940-8-II.    Division Two.    March 27, 1998.]

CAPE GEORGE COLONY CLUB, *Respondent*, v. MELVIN J. WILSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 94-2-00107-7, William E. Howard, J., entered September 21, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 20513-1-II.    Division Two.    March 27, 1998.]

RUSTINA V.H.C. LLEWELLYN, *Appellant*, v. JOHN M. ANGVIK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-01904-1, Rosanne Buckner, J., entered November 17, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton, C.J., and Armstrong, J.